Anna Hofmeister, appellee, v. M. A. Soper, trading as M. A. Soper & Company, appellant. Gen. No. 29,859.

Action for personal injuries resulting from being run into by motor truck. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Philip L. Sullivan, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Affirmed. Thomson, J., dissenting. Opinion filed October 28, 1925.

David S. Horwich, for appellant. Charles C. Spencer and Arthur A. House, for appellee; James V. Cunningham, of counsel.

Mr. Justice Taylor delivered the opinion of the court.

---

James R. Wooldridge et al., appellees, v. Ruby Krause Levy, appellant. Gen. No. 29,872.

Action for breach of contract for sale of merchandise. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. David M. Brothers, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Affirmed. Opinion filed October 28, 1925. Rehearing denied November 10, 1925. *Certiorari* denied by Supreme Court (making opinion final).

David Jetzinger, for appellant. Charles Hudson, for appellees.

Mr. Justice Taylor delivered the opinion of the court.

---

Anton Kosmowski, appellee, v. Karl Puswaskis and Paulina Puswaskis, appellants. Gen. No. 29,890.

Action on promissory note. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Affirmed. Opinion filed October 28, 1925. Rehearing denied November 10, 1925.

Frank N. Hillis, for appellants. Joseph D. Irose, for appellee.

Mr. Justice Taylor delivered the opinion of the court.

---

Lillian Simmons, appellee, v. Yellow Cab Company, appellant. Gen. No. 29,899.

Action for personal injuries sustained in collision between taxicab and automobile. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Philip L. Sullivan, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Affirmed. Thomson, J., dissenting. Opinion filed October 28, 1925. *Certiorari* denied by Supreme Court (making opinion final).

Moloney & Postelnek and Charles L. Mahony, for appellant; Charles L. Mahony, of counsel. Irving G. Zazove, for appellee.

Mr. Justice Taylor delivered the opinion of the court.